**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **BIG RIDGE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | NO. 06-cv-00663-JPG-CJP |
| ) | |
| **INT'L BROTHERHOOD OF** ) | |
| **BOILERMAKERS, LOCAL LODGE S-8,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:  May 17, 2007**

                                                   **NORBERT JAWORSKI, CLERK**

                                                   **By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                    **U. S. DISTRICT JUDGE**